Tommy J. ROGERS

v.

**ALABAMA DEP'T OF CORR.**

**CR-14-0154**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**EX PARTE Nicholas McCARY**

**CR-14-0161**

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. denied

**EX PARTE Bobby Joe GRUNDY**

**CR-14-0164**

Court of Criminal Appeals of Alabama.

02/02/2015

Reh. denied 02/27/2015

Mand. pet. denied

**EX PARTE Jali'l Ana SHAKUR
a/k/a Jameth McDonald**

**CR-14-0165**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. dismissed

**Darryl D. THOMPSON**

v.

**ALABAMA DEP'T OF CORR.**

**CR-14-0167**

Court of Criminal Appeals of Alabama.

02/27/2015

Affirmed

**EX PARTE Patrick G. WILSON**

**CR-14-0169**

Court of Criminal Appeals of Alabama.

02/02/2015

Reh. denied 02/27/2015

Mand. pet. denied